IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WENDELL DUNCAN**                                                                                                            **PETITIONER**

**v.**                           **No. 4:21CV68-DMB-JMV**

**TIMOTHY MORRIS**                                                                                           **RESPONDENT**

**ORDER *GRANTING* PETITIONER'S MOTION [15]
FOR A COPY OF MOTION TO DISMISS; EXTENDING DEADLINE TO
RESPOND TO MOTION**

The petitioner has moved for a copy of the State's response to his petition for a writ of *habeas corpus*, informing the court that he has not received a copy of the response. The motion is well taken and is **GRANTED**. The Clerk of the Court mailed a copy of the State's Motion [13] to Dismiss to the petitioner on May 13, 2022, and the *petitioner is granted until May 31, 2022, to respond to the motion*.

**SO ORDERED**, this, the 17th day of May, 2022.

                                                                          /s/    Jane M. Virden
                                                                        UNITED STATES MAGISTRATE JUDGE