IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WENDELL DUNCAN**     **PETITIONER**

**V.**     **NO. 4:21-CV-68-DMB-JMV**

**TIMOTHY MORRIS**     **RESPONDENT**

## FINAL JUDGMENT

In accordance with the "Opinion and Order" entered this day, Wendell Duncan's petition for a writ of habeas corpus is **DISMISSED with prejudice**.

**SO ORDERED**, this 22nd day of November, 2022.

                                          **/s/Debra M. Brown**
                                          **UNITED STATES DISTRICT JUDGE**